

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel Strom**
212-402-4079 tel
212-489-8340 fax

rachelstrom@dwt.com

July 1, 2020



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020

**BY ECF**

The Honorable Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

Re:   *BYD Company Ltd v. Vice Media LLC*- **Case No. 1:20-cv-03281-AJN**

Dear Judge Nathan:

This firm represents Vice Media LLC ("Vice Media"), the defendant in the above-referenced matter.  We write, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rules 7.1(d) and 5.2(b) of the Local Rules for the Southern District of New York, and Rules 1.A and 1.D of Your Honor's Individual Practices, to respectfully request an extension of the time by which Vice Media must answer, move or otherwise respond to the Complaint.

Vice Media's original response date is July 17, 2020, and it now seeks an extension until August 17, 2020 to respond to the Complaint.  This is Vice Media's first request for an extension. The requested extension does not affect any other scheduled dates in this matter.  Plaintiff has consented to this request.  This additional time will allow Vice Media and this firm additional time to investigate the facts surrounding Plaintiff's claims and to prepare a response to the Complaint.

SO ORDERED
7/13/2020
*[signature: Alison J. Nathan]*

Thank you for your consideration.

Respectfully submitted,

*[signature: Rachel]*
Rachel F. Strom

cc:   All counsel of record (by ECF)

4852-4674-4001v.1 0104722-000053