HARDER LLP
Charles J. Harder
100 Park Avenue, Sixteenth Floor
New York, New York 10017
Tel. (212) 799-1400
*Counsel for Plaintiff*
*BYD Company, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYD COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> VICE MEDIA LLC, <br><br> Defendant. | Case No. 20-cv-3281 (AJN) |

**PROOF OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03281-AJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VICE Media LLC
was received by me on *(date)* 06/25/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Steven Smith, Security Supervisor, authorized person to accept service of process , who is
designated by law to accept service of process on behalf of *(name of organization)* VICE Media, LLC at 49 South 2nd Street, Brooklyn, NY 11211 at 2:52 p.m. [EDT] on *(date)* 06/26/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 1, 2020

*Server's signature*

STEVEN SANTIAGO, Not a Registered California Process Server
*Printed name and title*
Ace Attorney Service, Inc.
278 West 117th Street, Suite 1B, New York, New York 10026
Phone No.: (917) 399-0295
Registration No.: N/A / County: N/A

*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) COMPLAINT; 2) CIVIL COVER SHEET; 3) NOTICE OF INITIAL PRETRIAL CONFERENCE; 4) RULE 7.1 STATEMENT

*Please see attached declaration of service.

BYD Company Ltd. v. VICE Media LLC

#1861823R