UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x

BYD COMPANY LTD.,

           Plaintiff,

    v.

VICE MEDIA LLC,

           Defendant.

------------------------------------------------------------- x

Case No. 1:20-cv-03281

Hon. Alison J. Nathan

ORAL ARGUMENT REQUESTED

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Rachel F. Strom dated August 17, 2020, and all exhibits annexed thereto, Defendant VICE Media LLC, by and through its undersigned counsel, will move this Court before the Honorable Alison J. Nathan at the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY for an order granting a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff's opposition papers must be submitted by September 14, 2020, and Defendant's reply papers must be submitted by October 2, 2020.

Dated: August 17, 2020

           Respectfully submitted,

           DAVIS WRIGHT TREMAINE LLP

           By: */s/ Rachel F. Strom*

           Rachel F. Strom
           Amanda B. Levine
           DAVIS WRIGHT TREMAINE LLP
           1251 Avenue of the Americas 21st Floor

New York, New York 10020
Phone: (212) 489-8230
Fax:     (212) 489-8340
rachelstrom@dwt.com
amandalevine@dwt.com

*Attorneys for Defendant VICE Media LLC*