# EXHIBIT B

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

https://www.wsj.com/articles/congress-wants-to-ban-chinese-buses-railcars-in-defense-bill-11575927925

◆ WSJ NEWS EXCLUSIVE | POLITICS

# Congress Wants to Ban Chinese Buses, Railcars in Defense Bill

Lawmakers are also poised to ban U.S. military from buying Chinese drones



Employees in 2017 checked an electric bus during production at the BYD factory in Lancaster, Calif.
PHOTO: PATRICK T. FALLON/BLOOMBERG NEWS

By [Lindsay Wise](#) and [Katy Stech Ferek](#)
Updated Dec. 10, 2019 2:53 pm ET

WASHINGTON—Congress is taking aim at China in a must-pass defense-policy bill at the same time that the Trump administration is seeking to negotiate an interim trade pact with Beijing.

House and Senate Republicans and Democrats have reached agreement on language in the National Defense Authorization Act that would [bar the use of federal funds](#) to buy Chinese buses and railcars, congressional aides familiar with the matter told The Wall Street Journal, adding that the ban excludes pre-existing contracts.

The legislation would affect the U.S. subsidiaries of two Chinese companies. One is China's state-owned [CRRC](#) Corp., which has been making significant inroads into the U.S. market for railcars, estimated at $18 billion annually. The other is [BYD](#) Co., a Chinese company that sells electric buses for the U.S. market through unit BYD Motors LLC.

The U.S. electric-bus market is expected to grow to about $1.95 billion in 2024 from $745 million in 2018, according to Prescient & Strategic Intelligence Pvt. Ltd., a market-research and consulting firm.

Marina Popovic, human-resources director and chief legal counsel for CRRC Sifang America Inc., a U.S. subsidiary of CRRC, said it was unfortunate Congress decided to move forward on the ban.

In a statement Tuesday, BYD said the NDAA language was "crafted by special interests and competitors to shrink the U.S. electric bus market."

"This unfortunate decision rewards a special interest misinformation campaign to squash competition in the electric bus sector and could weaken American competitiveness, threaten hundreds of union jobs," and undercut the fight against climate change, BYD said.

Rep. John Garamendi, (D., Calif.), chairman of the House Armed Services subcommittee on readiness, hailed the provision prohibiting the use of federal funds to purchase Chinese buses or railcars.

Mr. Garamendi said he is aware American workers at BYD's plant in his home state might lose their jobs because of this legislation. But he believes the ban on Chinese buses and railcars is necessary for national security and economic reasons. "It's absolutely clear that the Chinese government has a strategic and tactical plan to dominate the rail and transit industry—both rail and bus—and have executed that in Australia and are clearly in the process of executing that in the United States," Mr. Garamendi said.

The National Defense Authorization Act establishes funding levels and sets policies for the Defense Department and Energy Department's national-security programs. The bipartisan agreement on the bill language was reached after months of negotiations. The final draft still must be signed by negotiators and pass floor votes in both the House and Senate before it can be signed into law by President Trump.

Lawmakers also are poised to ban the U.S. military [from buying Chinese drones](#) as U.S. officials grow worried the Chinese devices may be spying on Americans and putting critical U.S. infrastructure at risk.

That provision is a shot at DJI Technology Co., the world's largest maker of consumer drones based in China's tech-concentrated city of Shenzhen.

DJI didn't immediately respond to a request for comment. In the past, the company has said its drones have security features that prevent data transmission to China and that the Chinese government has never requested access to the data that the company does have.

The defense bill also would prohibit the removal until certain conditions are met of Chinese telecom giant [Huawei](#) Technologies Co. from an export blacklist kept by the Commerce Department.

Commerce officials put Huawei on an export blacklist in May, citing national security concerns. U.S. officials have warned that Huawei products could be used to spy on or disrupt telecommunications networks, which the telecom giant denies.

Huawei didn't immediately respond to a request for comment. Huawei has said that its equipment doesn't pose a security risk and that U.S. efforts against it are misguided.

Commerce Department officials have granted exceptions for some rural telecom carriers and U.S. suppliers to continue working with the company despite the ban. That move that has drawn criticism from lawmakers who pushed the Trump administration to remain tough.

The bill contains a number of other China-related provisions, including one intended to reduce reliance on foreign sources of rare-earth minerals, another that requires reports on Chinese military activities in the Arctic and Chinese foreign direct investment in the Arctic, and another that creates new reporting requirements for national security academic research.

Additional language supports improving Taiwan's defense capabilities by expanding joint training, foreign military sales, and senior level military-to-military engagements. And the legislation would order the Secretary of Defense to review Chinese military, economic, information, diplomatic, and digital influences in Taiwan.

**Write to** Lindsay Wise at lindsay.wise@wsj.com and Katy Stech Ferek at katherine.stech@wsj.com

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.