# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYD COMPANY LTD., <br><br> Plaintiff, <br><br> v. <br><br> VICE MEDIA LLC, <br><br> Defendant. | Case No. 1:20-cv-03281-AJN |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHRISTIAN A. JORDAN, ESQ.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Christian A. Jordan, Esq. is no longer associated with HARDER LLP and, pursuant to Local Rule 1.4, Mr. Jordan is hereby withdrawn as counsel for Plaintiff BYD Company Ltd. in the above-referenced action. HARDER LLP continues to serve as counsel for Plaintiff BYD Company LTD.

Dated: November 13, 2020

Respectfully Submitted,

_____

Charles J. Harder, Esq.
HARDER LLP
132 S. Rodeo Dr., Fourth Floor
Beverly Hills, CA 90212
Tel: (424) 203-1600
CHarder@HarderLLP.com
*Counsel for Plaintiff BYD Company Ltd.*

{00112636;1}