USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYD Company Ltd.,

              Plaintiff,

–v–

VICE Media, LLC,

              Defendant.

20-cv-3281 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     Having considered the parties' arguments, Dkt. Nos. 27–30, the Court finds that good cause exists to stay discovery in this matter pending disposition of Defendant's motion to dismiss, Dkt. No. 17. The initial pre-trial conference scheduled for December 4, 2020 is hereby adjourned *sine die*.

     SO ORDERED.

Dated: December 3, 2020
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge