**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BYD Company Ltd.,

              Plaintiff,

    -against-                           20 **CIVIL** 3281 (AJN)

                                           **JUDGMENT**

VICE Media LLC,

              Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 31, 2021, VICE's motion to dismiss is

GRANTED with prejudice. Because the Court resolves this motion on the papers, VICE's request

for oral argument, Dkt. No. 27, is denied; accordingly, this case is closed.

**Dated:**  New York, New York

     March 31, 2021

                                    **RUBY J. KRAJICK**

                                 **Clerk of Court**

          **BY:**        K. mango

                                 **Deputy Clerk**