Case 1:20-cv-03281-AJN Document 51 Filed 07/15/21 Page 1 of 1
Case 20-1097, Document 42, 07/15/2021, 3137452, Page1 of 1

N.Y.S.D. Case #
20-cv-3281(AJN)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-one,

BYD Company Ltd.,

    Plaintiff - Appellant,

v.

Vice Media LLC,

    Defendant - Appellee.

**ORDER**
Docket No. 21-1097

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 15 2021

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the Appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/15/2021