UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
BYD COMPANY LTD.

                Plaintiff,

Case No. 1:20-cv-3281-AJN

-against-

VICE MEDIA LLC,      Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Charles J. Harder**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 5282371    My State Bar Number is: 184593

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Harder LLP
                    FIRM ADDRESS: 132 S. Rodeo Drive, Beverly Hills, CA 90212
                    FIRM TELEPHONE NUMBER: (424) 203-1600
                    FIRM FAX NUMBER: (424) 203-1601

NEW FIRM:    FIRM NAME: Harder LLP
                      FIRM ADDRESS: 8383 Wilshire Blvd., Ste. 526, Beverly Hills, CA 90211
                    FIRM TELEPHONE NUMBER: (424) 203-1600
                    FIRM FAX NUMBER: (424) 203-1601

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 14, 2021

                                                        ATTORNEY'S SIGNATURE